## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL COCKERHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-219-J |
| | ) | |
| | ) | District Judge W. Scott Hardy |
| PAUL DEFFENBAUGH, ERIC/RICK | ) | Magistrate Judge Keith A. Pesto |
| PRICE, JOHN DOE 1, JOHN DOE 2, | ) | |
| and JOHN DOE 3, | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM ORDER

This matter comes before the Court after Plaintiff Michael Cockerham declined to file objections to the Report and Recommendation ("R&R") entered by Magistrate Judge Keith A. Pesto on May 7, 2024 (Docket No. 22). The R&R recommends that the Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted (Docket No. 19), filed by one of the Defendants, Ricky Price ("Defendant Price"),[1] be denied. (Docket No. 22 at 1). Service of the R&R was made on the parties through CM/ECF and/or U.S. mail, and the parties were informed that any objections to same for Unregistered CM/ECF users were due by May 21, 2024. (*Id.* at 3 and Docket text entry). On May 7, 2024, Judge Pesto also set a pretrial schedule in the case. (*Id.* at 3 and Docket No. 23). Thereafter, no objections to the R&R were filed, Defendant Price filed an Answer and Affirmative Defenses on May 24, 2024 (Docket No. 25), and the parties have continued to litigate the matter.[2]

---

[1]    Defendant Price indicates that he is incorrectly named in the Complaint as "Eric/Rick Price." (Docket No. 19 at 1).

[2]    The case was reassigned to this judicial officer on April 1, 2025. (Docket No. 58).

The Federal Rules of Civil Procedure provide that a party may file specific written objections to the proposed findings and recommendations of a magistrate judge, and a district judge must conduct a *de novo* review of any part of the R&R that has been properly objected to. *See* Fed. R. Civ. P. 72(b)(2), (3); 28 U.S.C. § 636(b)(1). Here, however, because Plaintiff did not file objections to the R&R – which explicitly stated, "In the absence of timely and specific objections, any appeal would be severely hampered or entirely defaulted" – we review the magistrate judge's decision for plain error. (Docket No. 22 at 3). *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017); *see Brightwell v. Lehman*, 637 F.3d 187, 193 (3d Cir. 2011) (citing *Nara v. Frank,* 488 F.3d 187, 194 (3d Cir. 2007)); *see also* Fed. R. Civ. P. 72(b) Advisory Committee's Note to 1983 Addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citing *Campbell v. U.S. Dist. Ct. for N.D. Cal.*, 501 F.2d 196, 206 (9th Cir.), *cert. denied*, 419 U.S. 879 (1974))).

In this case, upon careful review of the R&R and the entire record, the Court, finding no plain error on the face of the record, will accept Judge Pesto's recommendation. As such, the Court will adopt the R&R as the Opinion of the Court and will deny Defendant Price's motion to dismiss the Complaint for failure to state a claim pursuant to Rule 12(b)(6). In so ruling, the Court agrees with Judge Pesto that Plaintiff alleges that Defendant Price trespassed on Plaintiff's property and damaged Plaintiff's front door while carrying out a governmental duty. (Docket No. 22 at 2-3). The Court further agrees with Judge Pesto that Plaintiff has sufficiently alleged facts that, if accepted as true, state a legal claim, pursuant to 42 U.S.C. § 1983, that is plausible on its face based on Defendant Price's alleged trespass or unprivileged, intentional intrusion upon land

in Plaintiff's possession, while "acting under color of state law," in violation of Plaintiff's constitutional rights.  (*Id.*).

Accordingly, in view of the foregoing, the Court enters the following Order:

AND NOW, this 26th day of September, 2025,

IT IS HEREBY ORDERED that the Report and Recommendation ("R&R") (Docket No. 22) is ADOPTED as the Opinion of the Court, and the Motion to Dismiss (Docket No. 19) filed by Defendant Price is DENIED.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: The Honorable Keith A. Pesto
Michael Cockerham (via U.S. Mail)
All counsel of record